| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 23, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Texas Rustic, Inc., | § | |
|     Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-19-2090 |
| | § | |
| Furniture Mattresses & More LLC, | § | |
|     Defendants. | § | |

## Order of Adoption

On September 6, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (11) recommending that the court grant Defendant's motion to dismiss. Texas Rustic filed objections. (12) The court denies Texas Rustic's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on September 23, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge